■ Mary M. Fromen, Respondent, v. Art Fromen, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ Niagara County Savings Bank, Plaintiff, v. Jacob Reese et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ Buffalo Municipal Housing Authority, Respondent, v. Marco Sorrentino et al., Defendants, and Louis F. Wilhelm, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ Antoinetta Rotoli, as Administratrix of the Estate of Anthony Rotoli, Deceased, Appellant, v. William A. O'Dell et al., Respondents.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ Charles L. Huntley et al., Respondents, v. Morton Korn et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ Agnes Manard, Appellant, v. Jennie Kinnett, Respondent, et al., Defendant.— Motion granted and appeal dismissed, without costs.

■ Boleslaw Ruchaj, Appellant, v. Louis H. Sommers, Respondent.— Motion granted and appeal dismissed, without costs.

■ Cleve H. Burton, Respondent, v. Joseph Sqadrito et al., Appellants, et al., Defendant.— Motion granted and appeal dismissed, without costs.

■ Patrick Monti, by Libbie Monti, His Guardian ad Litem, et al., Respondents, v. John W. Eagan, Appellant.— Motion granted and appeal dismissed, without costs.

■ The People of the State of New York ex rel. Charles R. White, Appellant, against Robert R. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. George Thompson, Appellant.— Motion to appeal on typewritten papers and for counsel denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. William H. Conley, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent. — Motion to appeal on original papers and for counsel denied on the ground that the papers fail to show merit to the appeal; time for serving and filing printed records and briefs on appeal enlarged to include September 1958 Term of court.

■ The People of the State of New York, Respondent, v. Frank D. Thomas, Appellant.—Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Walter Edwards, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal; time for argument of appeal enlarged to include September 1958 Term of court.

■ The People of the State of New York, Respondent, v. Francis Wager, Appellant.— Motion to appeal on original papers and for counsel denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. David Cyril Read, Appellant.— Motion to appeal on typewritten or handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Stanley Strauch, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Stephen Pelow, Appellant.— Motion granted and appeal dismissed.